698

Court of Appeals for the Eighth Circuit denied. *Mr. Josiah E. Brill* for petitioner. *Mr. E. Glenn Fassett, Jr.* for respondent.

No. 1206. THIEL *v.* SOUTHERN PACIFIC CO. ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John L. Murphy* for petitioner. *Mr. Arthur B. Dunne* for respondents.

No. 1207. JAMAICA WATER SUPPLY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh Satterlee* and *Wm. R. Green* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.

No. 1220. NARDONE ET AL. *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. David V. Cahill* and *Louis Halle* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1226. CHESAPEAKE & CURTIS BAY RAILROAD CO. ET AL. *v.* RICHFIELD OIL CORP. June 1, 1942. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. Eugene S. Williams* and *William R. Semans* for petitioners. *Mr. J. Cookman Boyd, Jr.* for respondent.